# In the United States Court of Federal Claims

No. 01-27L
(Filed: September 7, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference is scheduled for October 6, 2006, at 11:30 a.m. EDT (8:30 a.m. Pacific). The call will be placed from chambers and will not be recorded.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge