# In the United States Court of Federal Claims

No. 01-27L
(Filed: November 21, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held Tuesday, November 21, 2006. A telephonic status conference is scheduled for December 5, 2006, at 2:00 p.m. eastern. The call will be placed from chambers and will not be recorded.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge