# In the United States Court of Federal Claims

No. 01-27L
(Filed: December 4, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The telephonic status conference scheduled for December 5, 2006, has been rescheduled as follows: A telephonic status conference is scheduled for Friday, December 8, 2006, at 4:00 p.m. eastern. The call will be placed from chambers and will not be recorded.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge