# In the United States Court of Federal Claims

No. 01-27L
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on Friday, December 8, 2006. During the conference, the parties indicated that they have tentatively reached a settlement on the access issue. Regarding non-access issues, the parties are directed as following:

The parties are directed to informally exchange by February 2, 2007, a tentative list of witnesses, including expert witnesses, to be called at trial, along with tentative exhibit lists. Plaintiff is ordered to file Proposed Findings of Fact and Conclusions of Law pursuant to the Rules of the United States Court of Federal Claims Appendix A, Paragraph 14(d), along with the filings called for by Paragraphs 15 and 16 in Appendix A, on or before March 23, 2007. The court will arrange a status conference upon the receipt of plaintiff's filing to set the time for defendant's response.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge