IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PLACER MINING CO., INC., d/b/a/ THE NEW BUNKER HILL MINING CO., | ) | |
| | ) | No. 01-CV-27 |
| Plaintiff, | ) | |
| vs. | ) | Honorable Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME
TO EXCHANGE WITNESS AND EXHIBIT LISTS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the parties hereby jointly move for a 14-day enlargement of time, until February 16, 2007, in which to complete the informal exchange of tentative lists of witnesses and exhibits, as required by the Court's December 8, 2006 order. No prior enlargement of time in which to accomplish the exchanges has been ordered or sought. At present, the exchange of lists is required to be completed by February 2, 2007.

In support of this request, undersigned counsel for defendants notes that he just last week received a shipment of potentially relevant documents from the EPA and the Army Corps of Engineers, and was advised today that a second installment, consisting of at least a half box of documents, will be received on February 1. Counsel for plaintiff indicates that he is presently preparing for a trial next week in another matter, and still needs to obtain documents from his client in Kellogg, Idaho. Counsel jointly request additional time in order to review these

documents and narrow them down to the subset relevant to the "non-access issues" referred to in the Court's December 8 order. To the extent that any of the documents described above have not previously been provided by either party to its opponent, the documents will be provided at the same time as the exchange of tentative witness and exhibit lists.

January 31, 2007

Respectfully submitted,

/S/ by John S. Most, with permission

PAUL S. HARTER
PAUL S. HARTER, P.C.
January 31, 2007
(602) 256-0337, (602) 256-0432 (fax)
Pharter@harterlawaz.com

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

/S/ by John S. Most

JOHN S. MOST
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D. C. 20004
(202) 616-3353, (202) 305-0274 (fax)
Email: John.Most@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that, on January 31, 2007, a copy of the foregoing *Joint Motion for Enlargement of Time to Exchange Witness and Exhibit Lists* was served by electronic filing (ECF) on the following individual at the email address of record:

Paul S. Harter, P.C.
1599 East Orangewood Avenue
Suite 125
Phoenix, AZ 85020

/S/ John S. Most
John S. Most