# In the United States Court of Federal Claims

No. 01-27L
(Filed: February 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A joint motion filed on January 31, 2007 for an enlargement of time to exchange witness and exhibit lists is granted. Parties shall exchange the lists by February 16, 2007.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge