# In the United States Court of Federal Claims

No. 01-27L
(Filed: February 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held Wednesday, February 14, 2007 during which parties requested a suspension of proceedings in anticipation of a possible settlement agreement. It is therefore ordered that all further obligations with respect to pretrial activities shall be suspended for 90 days. Plaintiff is directed to file a written status report on behalf of both parties on or before May 10, 2007. The court will contact the parties to schedule a status conference upon filing of the status report.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge