**PAUL S. HARTER, P.C.**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Phone: 602-256-0337
Paul S. Harter, Bar No. 003592
Alicia Mykyta, Bar No. 010070

Attorneys for Plaintiff

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLACER MINING CO., INC., d/b/a THE NEW BUNKER HILL MINING CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Case No. 01-27 L<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>(Assigned to the Honorable Eric G. Bruggink) |

The Plaintiff, Placer Mining Co., Inc., by and though its counsel undersigned, submits the following Status Report to the Court. Counsel for the Plaintiff apologizes for the delay in submitting the Status Report and respectfully requests the Court's indulgence in the brief delay.

Your undersigned has personally communicated with Robert Hopper, President, Placer Mining Co. regarding the status of the proposed sale of the property commonly known as the Bunker Hill Mine. Based upon the conversation, counsel advises as follows:

1. The Plaintiff and prospective purchaser have executed a Letter of Intent governing the sale of the property commonly known as the Bunker Hill Mine. The sale of the property is conditioned upon and subject to the contingency of the prospective purchaser being able to reach agreements satisfactory to both it and the Environmental Protection

Agency regarding matters pertaining to the property and the treatment of water.

2. The Plaintiff reasonably believes that the prospective purchaser has actually commenced its negotiations with the Environmental Protection Agency regarding matters germane and pertinent to its purchase of the subject property.

3. The Plaintiff reasonably believes that on or about April 1, 2007, a meeting occurred between the prospective purchaser and representatives from the Environmental Protection Agency. The topic of said meeting was the discussion of the method and manor by which water treatment would occur.

4. The Plaintiff reasonably believes that as a product of the above referenced meeting, the Environmental Protection Agency advised counsel for the prospective purchaser to draft a Memorandum of Understanding or similar document, that said document was drafted by counsel for the prospective purchaser and has been submitted to the Environmental Protection Agency for its review. Plaintiff reasonably believes that as of this date, the Environmental Protection Agency has not issued a formal Statement of Position but is conducting its review, analysis and assessment of the proposed Memorandum of Understanding.

5. The Plaintiff reasonably believes that the Environmental Protection Agency believes there is a substantial likelihood that a satisfactory agreement will be reached and that the sale of the Bunker Hill Mine property will actually occur. In reliance upon that belief, the Plaintiff advises this Court that the pending action styled and captioned in United States of America v. Placer Mining Corp and Robert Hopper, United States District Court for the District of Idaho, Cv. No. 04-126-N-EJL, has been stayed until mid-August, 2007.

Your undersigned has personally communicated with defense counsel regarding this Status Report and has shared the foregoing information.

Based upon the conduct of the Defendant in continuing its negotiations with the prospective purchaser and in its agreement to stay its litigation against Placer Mining, Inc., your undersigned respectfully requests that this Court continue to stay all proceedings, subject to a ninety day review.

RESPECTFULLY SUBMITTED this 18th day of May, 2007.

PAUL S. HARTER, P.C.

By: ______________________
Paul S. Harter
Alicia Mykyta
Attorneys for Plaintiff

COPY of the foregoing U.S. Mail
this 18th day of May, 2007 to:

The Honorable Eric G. Bruggink
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 2005

John S. Most, Esq.
Trial Attorney, General Litigation Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663 Washington, D.C. 30044-0663

______________________