# In the United States Court of Federal Claims

No. 01-27L
(Filed: May 21, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff filed a status report on May 18, 2007. Based on representations therein, it is ordered that all obligations with respect to pretrial activities shall continue to be suspended until further order of the court. Plaintiff is directed to file a written status report on behalf of both parties on or before August 20, 2007. The court will contact the parties to schedule a status conference upon filing of the status report.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge