**PAUL S. HARTER, P.C.**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Phone: 602-256-0337
Paul S. Harter, Bar No. 003592
Alicia Mykyta, Bar No. 010070

Attorneys for Plaintiff

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLACER MINING CO., INC., d/b/a THE NEW BUNKER HILL MINING CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Case No. 01-27 L<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>(Assigned to the Honorable Eric G. Bruggink) |

The Plaintiff, Placer Mining Co., Inc., by and though its counsel undersigned, submits the following Status Report to the Court.

On September 6, 2007, your undersigned personally communicated with Robert Hopper, President, Placer Mining Co. regarding the status of the proposed sale of the property commonly known as the Bunker Hill Mine. Based upon the conversation, counsel advises as follows:

1. On or about August 27, 2007 the Plaintiff and prospective purchaser executed an option to purchase agreement. The option to purchase agreement sets forth several benchmark events which require performance by Buyer and/or Seller.

2. The option to purchase agreement contemplates the closing of the sale for mid-March 2008.

3. Counsel is not at liberty to disclose other matters pertinent to the sale transaction but reasonably believes Plaintiff and Buyer will continue to utilize their best effort in order to close the transaction.

Your undersigned respectfully requests that this Court continue to stay all proceedings, subject to a ninety day review.

RESPECTFULLY SUBMITTED this 6th day of September, 2007.

PAUL S. HARTER, P.C.

By: [signature]
Paul S. Harter
Alicia Mykyta
Attorneys for Plaintiff

COPY of the foregoing U.S. Mail
this 6[th] day of September, 2007 to:

The Honorable Eric G. Bruggink
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

John S. Most, Esq.
Trial Attorney, General Litigation Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663 Washington, D.C. 30044-0663

[signature]

Z:\BUNKER HILL\Pleadings\Status.Report.2.doc