**PAUL S. HARTER, P.C.**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Phone: 602-256-0337
Paul S. Harter, Bar No. 003592
Alicia Mykyta, Bar No. 010070
*Attorneys for Plaintiff*

**JOHN S. MOST**
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044
*Attorney for Defendant*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PLACER MINING CO., INC., d/b/a THE NEW BUNKER HILL MINING CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Case No. 01-27 L<br><br>**JOINT STATUS REPORT**<br><br>(Assigned to the Honorable Eric G. Bruggink) |

Counsel for the Parties undersigned advise the Court that they have personally conferred and have also spoken with their respective clients regarding this matter. Based upon the information provided by the clients and after consultation, counsel advise the Court as follows:

1. The Plaintiff is continuing with the sale transaction previously disclosed to the Court.

2. The prospective purchaser has met with the Environmental Protection Agency on multiple occasions to discuss and negotiate a Consent Decree in Case No. 04-126-N-EJL, District of Idaho, a CERCLA enforcement action brought by the United States. Department of Justice counsel for the Environmental Protection Agency (neither Mr. Most nor Ms.

Byrne) has indicated he will begin preparation of the necessary and appropriate Consent Decree(s).

3. It is the intention of the Parties to the enforcement action that upon execution of a Consent Decree(s) in a form and substance agreeable to the purchaser, the Plaintiff and the United States, that Case No. 04-126-N-EJL, District of Idaho, will be terminated.

4. It is the intention of the Parties to this case that upon the execution of the Consent Decree(s) and the closing of the purchase/sale transaction, the subject litigation will be dismissed with prejudice, each Party to bear its own attorney fees and costs.

5. Counsel for Defendant, John S. Most, is filing this document electronically on behalf of both Parties, as reflected in the signature blocks below

RESPECTFULLY SUBMITTED this 7th day of December, 2007.

**PAUL S. HARTER, P.C.**

/s/ Paul S. Harter by John S. Most
Attorney for Plaintiff

**UNITED STATES DEPARTMENT OF JUSTICE**

/s/ John S. Most
Attorney for Environment & Natural Resources Division
U.S. Department of Justice