**PAUL S. HARTER, P.C.**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Phone: 602-256-0337
Paul S. Harter, Bar No. 003592
Alicia Mykyta, Bar No. 010070

Attorneys for Plaintiff

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLACER MINING CO., INC., d/b/a THE NEW BUNKER HILL MINING CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Case No. 01-27 L<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>(Assigned to the Honorable Eric G. Bruggink) |

The Plaintiff, Placer Mining Co., Inc., by and though its counsel undersigned, pursuant to this Court's prior Order, submits this Report which addresses the status of the pending sale of the subject property. This report has been prepared after consultation between Plaintiff and its counsel and Defendant and its counsel, as well as counsel personally conferring regarding the substance of the report. Counsel represents to the Court and so advises the Court that the information contained herein represents the most current information regarding the pending sale of the Plaintiff's property.

1. The Plaintiff and prospective purchaser continue to believe the sale will close.

2. In early February, 2008, the Government provided to the prospective purchaser a proposed form of Consent Decree, which Consent Decree deals with issues related to an environmental enforcement action. The Consent Decree has not been finalized as of this date. The Consent Decree, which was also provided to counsel for Placer Mining Co., Inc. in

the environmental enforcement action requires Placer Mining Co., Inc. to dismiss its taking action in this Court with prejudice. Plaintiff is prepared to do so as a condition of the global settlement of the environmental enforcement action.

3. The parties reasonably believe the Consent Decree will be finalized and the applicable procedure leading to the approval of the Consent Decree will be followed by the Government in the environmental litigation.

4. The Plaintiff and prospective purchaser, based upon the forgoing, have tentatively scheduled closing of the purchase/sale transaction for mid May, 2008.

Based upon the foregoing Status Report and the continuing belief that the Plaintiff will sell the subject property, the parties request this matter be continued on an inactive basis and that the parties file a Status Report on June 6, 2008.

RESPECTFULLY SUBMITTED this 6th day of March, 2008.

PAUL S. HARTER, P.C.

By: ______________________
Paul S. Harter
Alicia Mykyta
Attorneys for Plaintiff

COPY of the foregoing U.S. Mail
this 6th day of March, 2008 to:

The Honorable Eric G. Bruggink
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

John S. Most, Esq.
Trial Attorney, General Litigation Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663 Washington, D.C. 30044-0663

______________________

Z:\BUNKER HILL\Pleadings\Status.Report.3.doc