# In the United States Court of Federal Claims

No. 01-27L
(Filed: March 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on representations made in plaintiff's status report filed March 6, 2008, it is ordered that all obligations with respect to pretrial activities shall continue to be suspended until further order of the court. Plaintiff is directed to file a written status report on behalf of both parties on or before June 6, 2008. The report shall also provide the status of settlement negotiations.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge