**PAUL S. HARTER, P.C.**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Phone: 602-256-0337
Paul S. Harter, Bar No. 003592
Alicia Mykyta, Bar No. 010070

Attorneys for Plaintiff

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLACER MINING CO., INC., d/b/a THE NEW BUNKER HILL MINING CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Case No. 01-27 L<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>(Assigned to the Honorable Eric G. Bruggink) |

The Plaintiff, Placer Mining Co., Inc., by and though its counsel undersigned, after consultation with John S. Most, counsel for the Government, who has indicated he conferred with Jennifer Byrne, counsel for the Environmental Protection Agency, advises the Court as follows:

1. The Purchase Agreement between Plaintiff and the prospective Buyer remains in full force and affect and Plaintiff reasonably expects Buyer will complete the purchase transaction.

2. The Environmental Protection Agency and the Buyer continue to negotiate the terms of a Consent Agreement. The Plaintiff and Defendant reasonably believe, after inquiry, that mutually agreeable terms will be negotiated, that the Consent Agreement will be published and executed by all effected parties and that after passage of the appropriate time, the purchase/sale transaction will be consummated.

The Plaintiff, after consultation with the Government, requests that this matter be continued for a period of ninety (90) days.

RESPECTFULLY SUBMITTED this 6th day of June, 2008.

PAUL S. HARTER, P.C.

By: ______________________

Paul S. Harter
Alicia Mykyta
Attorneys for Plaintiff

COPY of the foregoing U.S. Mail
this 6th day of June, 2008 to:

The Honorable Eric G. Bruggink
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

John S. Most, Esq.
Trial Attorney, General Litigation Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 30044-0663
*Attorney for the United States Government*

Jennifer Byrne, Esq.
EPA – Office of Regional Counsel
1200 6th Avenue, ORC-159
Seattle, Washington 98144
*Attorney for the Environmental Protection Agency*

______________________

Z:\BUNKER HILL\Pleadings\Status.Report.4.doc