**PAUL S. HARTER, P.C.**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Phone: 602-256-0337
Paul S. Harter, Bar No. 003592
Alicia Mykyta, Bar No. 010070

Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PLACER MINING CO., INC., d/b/a THE NEW BUNKER HILL MINING CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Case No. 01-27 L<br><br>**PLAINTIFF'S STATUS REPORT AFTER CONSULTATION WITH DEFENSE COUNSEL**<br><br>(Assigned to the Honorable Eric G. Bruggink) |

The Plaintiff, Placer Mining Co., Inc., by and though its counsel undersigned, pursuant to the provisions of this Court's prior Order and after personal consultation with John S. Most and Jennifer Byrne, advises the Court as follows:

1. The purchase and sale transaction which had been contemplated by Plaintiff has terminated. Termination occurred as a result of the Buyer's decision and, to the best of all parties' knowledge, was not the result of any conduct or action of either the Plaintiff or the Defendant.

2. Plaintiff has resumed its efforts at marketing the subject property.

3. The Plaintiff has been advised that it will need to make a determination with respect to pursuit of its asserted claims or in the alternative, compromise and settlement of its asserted claims.

///

Z:\BUNKER HILL\Pleadings\Status.Report.5.doc

After consultation with counsel and in recognition that Plaintiff's efforts over the past eighteen months have focused on a possible sale of the property and that the Defendant's efforts have focused on resolution of various environmental issues through an agreement with the proposed buyer, counsel for both parties respectfully request the Court schedule this matter for a telephonic status conference during the second half of September 2008. At or prior to the status conference, Plaintiff will have made a business decision as to what course of action it wishes to pursue. Your undersigned reasonably expects that if the decision is to pursue litigation, the parties would submit a proposed Scheduling Order. On the other hand, if the Plaintiff elects to compromise and settle the claim, based upon settlement discussions to date or other parameters, the parties would so advise the Court.

RESPECTFULLY SUBMITTED this 20 day of August, 2008.

PAUL S. HARTER, P.C.

By: [signature]
Paul S. Harter
Alicia Mykyta
Attorneys for Plaintiff

COPY of the foregoing U.S. Mail
this 20 day of August, 2008 to:

The Honorable Eric G. Bruggink
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

John S. Most, Esq.
Trial Attorney, General Litigation Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 30044-0663
*Attorney for the United States Government*

Jennifer Byrne, Esq.
EPA – Office of Regional Counsel
1200 6th Avenue, ORC-159
Seattle, Washington 98144
*Attorney for the Environmental Protection Agency*