# In the United States Court of Federal Claims

No. 01-27L
(Filed: August 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC.
d/b/a THE NEW BUNKER HILL
MINING CO.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held on Tuesday, September 23, 2008 at 2:30pm (EST). The content of the parties' joint status report filed on August 20, 2008 will be discussed at this time.

s/ Eric Bruggink
ERIC G. BRUGGINK
Judge